

# THE ATTORNEY GENERAL

## OF TEXAS

**GERALD C. MANN**
~~XXXXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable Clifford B. Jones
President, Texas Technological College
Lubbock, Texas

Dear Sir:

Opinion No. 0-4688
Re: Does the Texas Tech-
nological College
have the authority
to pay the Lubbock
Public School System
for the use of their
physical facilities
as a laboratory for
practice teachers.

Your letter of June 30th supplemented by your letter of June 11th, 1942, relative to the above matter has been given our careful attention.

We do not find any item in the Appropriation Bill passed by the last Legislature in 1941 that would authorize you to pay the Lubbock Public Schools for the use of their physical facilities as a laboratory for teachers. In the absence of any such appropriation you could not, of course, use any of the State's fund for said purpose.

Item No. 135 of the Appropriation Bill, to which you call our attention, authorizes the college to pay:

"Critic teachers in Public Schools
$700 for year ending August 31, 1942, and
$700 for the succeeding year of the bi-
ennium."

In our opinion this item in the Appropriation Bill could not be used for the purpose for which you now desire to use same. There is no suggestion in said

item of the Appropriation Bill that it could be used by you to pay the Lubbock Public School for any kind of facilities.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By    /s/ Geo. W. Barcus
          George W. Barcus
                    Assistant

GWB:ff:lm

APPROVED AUG 28, 1942

/s/ Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE

BY    BWB
       CHAIRMAN